THEODORE PICHEL v. THOMAS RODGERS.

December 8, 1987.

Petition for certification denied.

NANCY SECHRIST v. GALEN SECHRIST.

December 8, 1987.

Petition for certification denied.

PEARL RESES v. HARRY S. HOFFMAN.

December 8, 1987.

Petition for certification denied.

TRIANT ENTERPRISES, INC. v. GEORGE VILLARAUT.

December 8, 1987.

Petition for certification denied.